1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.k.brown@usdoj.gov
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12
   LANGLEY PORTER PSYCHIATRIC )   No. CV-09-2009 MEJ
13 INSTITUTE,                 )
                              )   STIPULATION AND [PROPOSED]
14        Plaintiff,          )   ORDER TO EXTEND TIME FOR
                              )   FEDERAL DEFENDANTS TO FILE
15     v.                     )   RESPONSIVE PLEADING
                              )
16 KATHLEEN SEBELIUS, Secretary of the )
   United States Department of Health and )
17 Human Services             )
                              )
18        Defendant.          )
                              )
19                            )
20
21
22
23
24
25
26
27
28 STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE
   RESPONSIVE PLEADING
   Case No CV-09-2009 MEJ

1. The parties, plaintiff Langley Porter Psychiatric Institute, ("Plaintiff") and the federal defendant Kathleen Sebelius, Secretary of the Department of Health and Human Services ("Defendant") by and through their counsel stipulate to the following:

WHEREAS Plaintiff's filed their complaint in case on May 7, 2009;

WHEREAS the United States Attorneys Office for the Northern District of California, San Francisco received a copy of the complaint via certified mail on May 18, 2009;

WHEREAS, the Defendant's responsive pleading is currently due on July 17, 2009;

WHEREAS, the Defendant seeks additional time to prepare the responsive pleading;

The parties hereby agree and stipulate as follows:

The Defendants shall have until July 31, 2009, to file a responsive pleading in the action case No. CV-09-2009 MEJ.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 7, 2009

*/s/ Melissa Brown*
MELISSA K. BROWN
Assistant United States Attorney


KIM Y. ARNONE, ESQ.
Buchalter Nemer, A Professional Corporation

Dated: July __, 2009

*/s/ Richard C. Darwin*
RICHARD C. DARWIN
KIM Y. ARNONE
Attorneys for the Plaintiff

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING
Case No CV-09-2009 MEJ

2

## [PROPOSED] ORDER

The Court orders that the Defendant shall have until July 31, 2009, to a file responsive pleading to the Complaint in Case No. CV-09-2009 MEJ.

DATED: July 7, 2009

MARIA-ELENA JAMES
U.S. DISTRICT COURT MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING
Case No CV-09-2009 MEJ

3