UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANGLEY PORTER PSYCHIATRIC INSTITUTE,<br><br>           Plaintiff,<br><br>   v.<br><br>KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,<br><br>           Defendant. | Case No.  CV-09-2009 MEJ<br><br>**ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

The Court orders that the Case Management Conference in case no. CV-09-2009 MEJ is rescheduled for October 1, 2009 at 10:00 a.m.

Dated: July 23, 2009

_____
MARIA ELENA JAMES
U.S. District Court Magistrate Judge