{D0255128.DOC \ 1 }

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LANGLEY PORTER PSYCHIATRIC INSTITUTE,<br><br>             Plaintiff,<br><br>      v.<br><br>KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,<br><br>             Defendant. | Case No.  CV-09-2009 MEJ<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE** |

PURSUANT TO STIPULATION, IT IS ORDERED that the following briefing schedule is established in Case No. CV-09-2009 MEJ:

| Pleading | Due Date |
|---|---|
| Cross motions for summary judgment and supporting briefs: | October 30, 2009 |
| Briefs in opposition to motions for summary judgment: | December 4, 2009 |
| Reply briefs: | January 8, 2010. |

1

**CASE NO.  CV-09-2009 MEJ—ORDER SETTING HEARING AND BRIEFING SCHEDULE**

1  It is further ORDERED that a hearing will be held on the parties' motions for summary
2  judgment on January 28, 2010 at 10:00 am.

Dated: July 29, 2009  _____
MARIA ELENA JAMES
U.S. District Court Magistrate Judge

{D0255128.DOC \ 1}    2

**CASE NO.  CV-09-2009 MEJ— ORDER SETTING HEARING AND BRIEFING SCHEDULE**