UNITED STATES DISTRICT COURT

Northern District of California

LANGLEY PORTER PSYCHIATRIC INSTITUTE,

                Plaintiff(s),

  v.

KATHLEEN SEBELIUS,

                Defendant(s).
_____/

No. C 09-02009 MEJ

**ORDER VACATING CMC**

      The Court is in receipt of the parties' Joint Case Management Statement, filed September 24, 2009 (Dkt. #24). Upon review of the parties' statement, the Court VACATES the October 1, 2009 Case Management Conference. As a schedule has already been established for the parties' summary judgment cross-motions, the Court finds that no further scheduling or ADR referral is necessary at this time.

      **IT IS SO ORDERED.**

Dated: September 24, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge