1

**UNITED STATES DISTRICT COURT**

2

**NORTHERN DISTRICT OF CALIFORNIA**

3

**SAN FRANCISCO DIVISION**

4

5

LANGLEY PORTER PSYCHIATRIC
INSTITUTE,

6

                    Plaintiff,

7

        v.

8

KATHLEEN SEBELIUS, Secretary of the
United States Department of Health and
Human Services,

9

10

                    Defendant.

11

Case No.  CV-09-2009 MEJ

~~[PROPOSED]~~ ORDER TO MODIFY
BRIEFING SCHEDULE AND HEARING
DATE

12

13
        The Court orders that the briefing schedule and hearing date in case no. CV-09-2009 MEJ

14
are modified as follows:

15
        Opposition Briefs – due January 22, 2010

16
        Reply Briefs – due February 19, 2010

17
        Hearing Date – March 18, 2010 at 10:00 a.m.

18

19
Dated: _____  December 1, 2009

20
        _____
        MARIA ELENA JAMES
        U.S. District Court Magistrate Judge

21

22
BN 4856000v1

23

24

25

26

27

28

{D0271816.DOC \ 1 }