RONALD S. CONNELLY, DC Bar No. 488298
POWERS PYLES SUTTER & VERVILLE, PC
Admitted pro hac vice
1501 M Street, NW, 7th Floor
Washington, DC 20005
Telephone: (202) 466-6550
Facsimile: (202) 785-1756
ron.connell@ppsv.com

BUCHALTER NEMER, A Professional Corporation
RICHARD C. DARWIN (CSBN 161245)
KIM Y. ARNONE (CSBN 184017)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone : (415) 227-0900
Facsimile: (415) 227-0770
karnone@buchalter.com
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANGLEY PORTER PSYCHIATRIC INSTITUTE,<br><br>        Plaintiff,<br><br>    v.<br><br>KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services<br><br>        Defendant. | No.  CV-09-2009 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
Case No CV-09-2009 MEJ

The parties, plaintiff Langley Porter Psychiatric Institute, ("Plaintiff") and the federal defendant Kathleen Sebelius, Secretary of the Department of Health and Human Services ("Defendant") by and through their counsel stipulate to the following:

WHEREAS, the hearing for the parties' motions for summary judgment was continued to April 15, 2010 pursuant to order of the Court;

WHEREAS, the parties are not available for hearing on that date;

The parties hereby agree and stipulate as follows:

    The hearing on the parties' motions for summary judgment shall be continued to May 6, 2010 at 10:00 a.m.

SO AGREED.

    Respectfully submitted,

    JOSEPH P. RUSSONIELLO
    United States Attorney

Dated: April 5, 2010    S/ Melissa Brown
_____
    MELISSA K. BROWN
    Assistant United States Attorney

    KIM Y. ARNONE, ESQ.
    Buchalter Nemer, A Professional Corporation

Dated: April 5, 2010    S/ Kim Arnone
_____
    RICHARD C. DARWIN
    KIM Y. ARNONE
    Attorneys for the Plaintiff

    RONALD S. CONNELLY, ESQ.
    Powers Pyles Sutter &Verville, PC

Dated: April 5, 2010    S/ Ronald S. Connelly
_____
    RONALD S. CONNELLY
    Attorneys for the Plaintiff

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
Case No CV-09-2009 MEJ

1 **[PROPOSED] ORDER**

2  Pursuant to stipulation of the parties the hearing on the motions for summary judgment in
3 this action is continued to May 6, 2010 at 10:00 a.m.

4

5

6

7  DATED: April 6, 2010                    _____
                                            MARIA-ELENA JAMES
8                                           U.S. DISTRICT COURT MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
Case No CV-09-2009 MEJ

3